IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARVEY H. JAY,<br><br>            Plaintiff,<br><br>            v.<br><br>SPECTRUM BRANDS HOLDINGS, INC.,<br>SPECTRUM BRANDS, INC., and<br>SHASER, INC.,<br><br>            Defendants. | No. 1:13-cv-8137-LTS-DCF |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Adam P. Romero of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 7 World Trade Center, 250 Greenwich Street, New York, NY 10007, hereby appears on behalf of Defendants Spectrum Brands Holdings, Inc., Spectrum Brands, Inc., and Shaser, Inc.  I hereby certify that I am admitted to practice in this District and am a member in good standing of this court.

Dated:  January 8, 2014

Respectfully Submitted,

 /s/ Adam Romero

Adam P. Romero, #4678652
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
New York, NY 10007
adam.romero@wilmerhale.com
(212) 295-6422 (t)
(212) 230-8888 (f)