IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARVEY H. JAY,<br><br>        Plaintiff,<br><br>        v.<br><br>SPECTRUM BRANDS HOLDINGS, INC.,<br>SPECTRUM BRANDS, INC., and<br>SHASER, INC.,<br><br>        Defendants. | No. 1:13-cv-8137-LTS-DCF |

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel of record certifies under Federal Rule of Civil Procedure 7.1 that defendant Spectrum Brands Holdings, Inc. ("SB Holdings") is a publicly held corporation. SB Holdings wholly owns defendant Spectrum Brands, Inc. SB Holdings, together with Spectrum Brands, Inc., owns an approximately 56% interest in defendant Shaser Inc. No other publicly held company owns 10% or more of Shaser, Inc.

Dated: January 8, 2014

Respectfully Submitted,

 /s/ Adam Romero

Adam P. Romero, #4678652
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
New York, NY 10007
adam.romero@wilmerhale.com
(212) 295-6422 (t)
(212) 230-8888 (f)

*Counsel to Defendants*