Case 1:13-cv-08137-LTS   Document 11   Filed 01/08/14   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: JAN 0 9 2014
```



**WILMERHALE**

~~COURTESY COPY~~

**Adam P. Romero**

+1 212 295 6422 (t)
+1 212 230 8888 (f)
adam.romero@wilmerhale.com

**By Facsimile**

January 8, 2014

Hon. Laura Taylor Swain
United States District Court - SDNY
500 Pearl Street
New York, NY 10007-1312
(212) 805-0426 (fax)

# MEMO ENDORSED

Re: Jay v. Spectrum Brands Holdings, Inc., No. 13-cv-8137-LTS-DCF

Dear Judge Swain:

The undersigned represent, respectively, the plaintiff and defendants in this action. On behalf of all parties, we jointly request that the Court (1) extend the time for defendants to answer or otherwise respond to the complaint from January 28, 2014 to February 26, 2014; and (2) adjourn the Initial Conference from February 14, 2014 at 2:00 p.m. to a date after February 26, 2014. The parties stipulate and agree to each of these extensions, which will enable the parties to engage in meaningful settlement negotiations before the Court potentially needlessly expends resources on this matter. This is the parties' first request for any extension or adjournment.

Respectfully submitted,

/s/ James Rodgers                           /s/ Adam Romero

James Rodgers, *Pro Hac Vice*               Adam P. Romero, #4678652
Dilworth Paxson LLP                         Wilmer Cutler Pickering Hale and Dorr LLP
1500 Market Street - Suite 3500E            7 World Trade Center
Philadelphia, PA 19102                      New York, NY 10007
jrodgers@dilworthlaw.com                    adam.romero@wilmerhale.com
(215) 575-7143 (t)                          (212) 295-6422 (t)
(215) 575-7200 (f)                          (212) 230-8888 (f)

*Counsel to Plaintiff*                      *Counsel to Defendants*

The requests are granted. The Initial Conference
is adjourned to March 7, 2014, at 9:45 AM. Docket entry 11 resolved.
SO ORDERED.   1/9/14
LAURA TAYLOR SWAIN, U.S.D.J

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington