UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HARVEY H. JAY, M.D.,            No. 13 Civ. 8137 (LTS) (DCF)
        Plaintiff

                                                                           ACCEPTANCE OF SERVICE
        v.

SPECTRUM BRANDS HOLDINGS, INC.,
SPECTRUM BRANDS, INC., and
SHASER, INC.,
        Defendants

------------------------------------------------------------x

        The undersigned hereby acknowledges that he has accepted service of the Summons and Complaint on behalf of Shaser, Inc., and that he is authorized to do so.

Dated:   January 8, 2014
               Boston, MA

                                                       _____
                                                       Wayne L. Stoner, Esquire
                                                       Wilmer Hale LLP
                                                       60 State Street
                                                       Boston, MA 02109
                                                       Tel.: (617) 526-6863
                                                       Fax: (617) 526-5000