UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

HARVEY H. JAY, M.D.,
        Plaintiff

v.

SPECTRUM BRANDS HOLDINGS, INC.,
SPECTRUM BRANDS, INC., and
SHASER, INC.,
        Defendants

-----------------------------------------------------------------x

No. 13 Civ. 8137 (LTS) (DCF)

ACCEPTANCE OF SERVICE

    The undersigned hereby acknowledges that he has accepted service of the Summons and Complaint on behalf of Spectrum Brands Holdings, Inc., and that he is authorized to do so.

Dated: January 8, 2014
       Boston, MA

_____
Wayne L. Stoner, Esquire
Wilmer Hale LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6863
Fax: (617) 526-5000