02/03/2014 14:36 FAX 2122445697    WILMERHALE LLP                                    ☒004/005
Case 1:13-cv-08137-LTS   Document 17   Filed 02/05/14   Page 1 of 2
Case 1:13-cv-08137-LTS   Document 16-2   Filed 01/14/14   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 0 5 2014

HARVEY H. JAY,

    Plaintiff,

v.

SPECTRUM BRANDS HOLDINGS, INC.,
SPECTRUM BRANDS, INC., and
SHASER, INC.,

    Defendants.

No. 1:13-cv-8137-LTS-DCF

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Wayne Stoner for admission to practice *pro hac vice* in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the State of Massachusetts and that his contact information is as follows:

> Wayne Stoner
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA 02109
> Telephone: (617) 526-6863 / Facsimile: (617) 526-6000
> Email: wayne.stoner@wilmerhale.com

Applicant has requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Spectrum Brands Holdings, Inc., Spectrum Brands, Inc., and Shaser, Inc. in the above-entitled action.

02/03/2014 14:36 FAX 2122445697   WILMERHALE LLP                    ☒005/005

Case 1:13-cv-08137-LTS   Document 17   Filed 02/05/14   Page 2 of 2
Case 1:13-cv-08137-LTS   Document 16-2   Filed 01/14/14   Page 2 of 2

IT IS HEREBY ORDERED, that Wayne Stoner, Esq. is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: February 4, 2014

_____
United States District Judge