UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARVEY H. JAY, M.D., <br><br>    Plaintiff, <br><br>vs. <br><br>SPECTRUM BRANDS HOLDINGS, INC., <br>SPECTRUM BRANDS, INC., and <br>SHASER, INC., <br>    Defendants. | CIVIL NO.: 13-CV-8137 <br><br>**MOTION FOR ADMISSION** <br>**PRO HAC VICE** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I **GARY DAVID COLBY**, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff, Harvey H. Jay, M.D., in the above-captioned action.

  I am in good standing of the bar of the state of Virginia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: February 19, 2014
   Philadelphia, PA

                Respectfully Submitted,

                _____
                Gary David Colby

                Dilworth Paxson LLP
                1500 Market St. 3500E
                Philadelphia, PA 19102
                (215) 575-7075 (telephone)
                (215) 575-7200 (facsimile)
                gcolby@dilworthlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARVEY H. JAY, M.D., :<br>  :<br>Plaintiff, :<br>  :<br>vs. :<br>  :<br>SPECTRUM BRANDS HOLDINGS, INC., :<br>SPECTRUM BRANDS, INC., and :<br>SHASER, INC., :<br>Defendants. :<br>  : | CIVIL NO.: 13-CV-8137<br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE** |

The motion of **GARY DAVID COLBY**, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Virginia; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Gary David Colby |
| Firm Name: | Dilworth Paxson LLP |
| Address: | 1500 Market St. 3500E |
| | Philadelphia, PA 19102 |
| Telephone: | (215) 575-7075 |
| Facsimile: | (215) 575-7200 |
| Email: | gcolby@dilworthlaw.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff, Harvey H. Jay, M.D., in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the local Rules of this Court, including the Rules governing discipline of attorneys.


Dated:_____                    _____
                                             United States District / Magistrate Judge

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

### GARY DAVID COLBY

was admitted to practice as an attorney and counsellor at the bar of this Court on October 28, 1996.

I further certify that so far as the records of this office are concerned, GARY DAVID COLBY is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 23rd day of January A.D. 2014

By: _____
Deputy Clerk