UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 5 2014
```

HARVEY H. JAY, M.D.,

    Plaintiff,

vs.

SPECTRUM BRANDS HOLDINGS, INC.,
SPECTRUM BRANDS, INC., and
SHASER, INC.,
    Defendants.

CIVIL NO.: 13-CV-8137

**MOTION FOR ADMISSION PRO HAC VICE**

The motion of **GARY DAVID COLBY**, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Virginia; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Gary David Colby |
| Firm Name: | Dilworth Paxson LLP |
| Address: | 1500 Market St. 3500E |
| | Philadelphia, PA 19102 |
| Telephone: | (215) 575-7075 |
| Facsimile: | (215) 575-7200 |
| Email: | gcolby@dilworthlaw.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff, Harvey H. Jay, M.D., in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 2/24/14

United States District ~~Magistrate~~ Judge