IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

HARVEY H. JAY,

    Plaintiff/Counterclaim Defendant,

v.

SPECTRUM BRANDS HOLDINGS, INC., SPECTRUM BRANDS, INC., and SHASER, INC.,

    Defendants/Counterclaimants.

No. 1:13-cv-8137-LTS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 2 2014

### NOTICE OF WITHDRAWAL OF ADAM P. ROMERO AS COUNSEL AND [~~PROPOSED~~] ORDER

Please take notice that attorney Adam P. Romero, of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), is hereby withdrawn as counsel of record in the above-captioned matter for Defendants/Counterclaimants Spectrum Brands Holdings, Inc., Spectrum Brands, Inc., and Shaser, Inc. After March 31, 2014, Adam P. Romero will no longer be associated with WilmerHale. WilmerHale continues to be counsel of record in this matter for Spectrum Brands Holdings, Inc., Spectrum Brands, Inc., and Shaser, Inc.

Respectfully submitted on March 28, 2014,

*Adam Romero*
Adam P. Romero, #4678652
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
New York, NY 10007
adam.romero@wilmerhale.com
(212) 295-6422 (t)
(212) 230-8888 (f)

SO ORDERED on 4/2/14

_____
Hon. Laura Taylor Swain
United States District Judge