UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARVEY H. JAY, M.D.,<br><br>            Plaintiff,<br>     v.<br><br>SPECTRUM BRANDS HOLDINGS, INC.,<br>SPECTRUM BRANDS, INC., and<br>SHASER, INC.,<br><br>            Defendants | No.: 1:13-cv-8137-LTS-DCF |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that John C. Kessler of Dilworth Paxson LLP, with offices located at 99 Park Avenue, Suite 320, New York, NY 10016, hereby appears on behalf of Plaintiff Harvey H. Jay, M.D.  I hereby certify that I am duly admitted to practice in this District and am a member in good standing of this court.

Dated:  April 28, 2014
             New York, NY

Respectfully submitted,

DILWORTH PAXSON LLP

/s/ John C. Kessler

John C. Kessler
99 Park Avenue, Suite 320
New York, NY 10016
(917) 675-4260 (telephone)
(212) 208-6874 (facsimile)
jckessler@dilworthlaw.com

*Attorneys for Plaintiff Harvey H. Jay, M.D.*