

| | |
|---|---|
| DIRECT DIAL NUMBER: | James J. Rodgers |
| (215) 575-7143 | jrodgers@dilworthlaw.com |

**VIA ECF & FACSIMILE**

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    *Harvey H. Jay, M.D., v. Spectrum Brands Holdings, Inc., et al*. 13-cv-8137-LTS

Dear Judge Swain:

    In accordance with Your Honor's Individual Practices, and Local Rule 7.1(d), the parties jointly and respectfully request that Your Honor grant an extension of time for the parties to file the Joint Claim Terms Chart pursuant to S.D.N.Y. Local Patent Rule 11, until July 22, 2014. The requested extension of time will not affect any other scheduled dates set forth in Your Honor's Pre-Trial Scheduling Order No. 1.

    The information required by Rule A(1)(f) of Your Honor's Individual Practices is as follows:

1. The original date:

    Pursuant to Your Honor's Pre-Trial Scheduling Order No. 1, § 4, the original date for the Joint Claim Terms Chart to be filed is July 17, 2014.

2. The number of previous requests for extension:

    There have been no previous requests for extension.

3. Whether these requests were granted or denied:

    Not Applicable.

4. Whether the adversary consents:

    Counsel for the Defendants, Corinne E. Atton, Esq., of Wilmer Cutler Pickering Hale and Dorr LLP, consents to the requested extension of time and jointly submits this letter motion for Your Honor's consideration.

                                            Respectfully submitted,

Dated:  July 17, 2014                    DILWORTH PAXSON LLP


By: */s/ James J. Rodgers*
       James J. Rodgers

1500 Market Street, Suite 3500E
Philadelphia, PA 19102
(215) 575-7143 (telephone)
(215) 575-7200 (facsimile)
jrodgers@dilworthlaw.com

*Attorneys for Plaintiff*

WILMER CUTLER PICKERING HALE AND DORR LLP


By: */s/ Corinne E. Atton*
       Corinne E. Atton

7 World Trade Center
250 Greenwich Street
New York, NY 10007
(617) 526-6863 (telephone)
(617) 526-5000 (facsimile)
corinne.atton@wilmerhale.com

*Attorneys for Defendants*

cc:      All counsel (via ECF)