Case 1:13-cv-08137-LTS-DCF   Document 32   Filed 07/17/14   Page 1 of 2

Dilworth
Paxson..

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 8 2014

DIRECT DIAL NUMBER:
(215) 575-7143

**CHAMBERS COPY**

James J. Rodgers
jrodgers@dilworthlaw.com

**VIA ECF & FACSIMILE**

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312


MEMO ENDORSED

Re:   *Harvey H. Jay, M.D., v. Spectrum Brands Holdings, Inc., et al.*, 13-cv-8137-LTS

Dear Judge Swain:

In accordance with Your Honor's Individual Practices, and Local Rule 7.1(d), the parties jointly and respectfully request that Your Honor grant an extension of time for the parties to file the Joint Claim Terms Chart pursuant to S.D.N.Y. Local Patent Rule 11, until July 22, 2014. The requested extension of time will not affect any other scheduled dates set forth in Your Honor's Pre-Trial Scheduling Order No. 1.

The information required by Rule A(1)(f) of Your Honor's Individual Practices is as follows:

1. The original date:

    Pursuant to Your Honor's Pre-Trial Scheduling Order No. 1, § 4, the original date for the Joint Claim Terms Chart to be filed is July 17, 2014.

2. The number of previous requests for extension:

    There have been no previous requests for extension.

3. Whether those requests were granted or denied:

    Not Applicable.

4. Whether the adversary consents:

    Counsel for the Defendants, Corinne E. Atton, Esq., of Wilmer Cutler Pickering Hale and Dorr LLP, consents to the requested extension of time and jointly submits this letter motion for Your Honor's consideration.

Hon. Laura Taylor Swain
July 17, 2014
Page 2

Respectfully submitted,

Dated: July 17, 2014

DILWORTH PAXSON LLP

By: /s/ James J. Rodgers
    James J. Rodgers

1500 Market Street, Suite 3500E
Philadelphia, PA 19102
(215) 575-7143 (telephone)
(215) 575-7200 (facsimile)
jrodgers@dilworthlaw.com

*Attorneys for Plaintiff*

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ Corinne E. Atton
    Corinne E. Atton

7 World Trade Center
250 Greenwich Street
New York, NY 10007
(617) 526-6863 (telephone)
(617) 526-5000 (facsimile)
corinne.atton@wilmerhale.com

*Attorneys for Defendants*

cc: All counsel (via ECF)

The requested extension is granted. Docket entry #32 resolved.

SO ORDERED:

_/s/ 7/18/14_
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE