IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARVEY H. JAY,<br><br>                              Plaintiff,<br><br>   v.<br><br>SPECTRUM BRANDS HOLDINGS, INC.,<br>SPECTRUM BRANDS, INC., and<br>SHASER, INC.,<br><br>                              Defendants. | No. 1:13-cv-8137-LTS-DCF |

## NOTICE OF FILING OF CORRECTED EXHIBITS

   PLEASE TAKE NOTICE that the attached exhibits are corrected versions of Exhibits 1A and 2 to Spectrum's Invalidity Contentions filed on June 12, 2014 (DE 31).

Dated: July 24, 2014
   New York, New York

                                        WILMER CUTLER PICKERING HALE
                                        AND DORR LLP

                                        */s/ Wayne L. Stoner*
                                        Wayne L. Stoner
                                        60 State Street
                                        Boston, MA 02109
                                        (617) 526-6863 (t)
                                        (617) 526-5000 (f)
                                        Wayne.Stoner@wilmerhale.com

                                        Corinne E. Atton
                                        7 World Trade Center
                                        250 Greenwich Street
                                        New York, NY 10007
                                        (212) 295-6368 (t)
                                        (212) 230-8888 (f)
                                        Corinne.Atton@wilmerhale.com

                                        *Attorneys for Defendants and*
                                        *Counterclaim-Plaintiffs*