**CORRECTED EXHIBIT 1A – REPRESENTATIVE INVALIDITY CHART FOR U.S. PATENT NO. 6,824,542 ESPECIALLY UNDER JAY'S CONSTRUCTION**

"LAS" refers to Gregory S. Keller et al, *Lasers in Aesthetic Surgery*, Thieme (2001), prior art to all Jay patents under 35 U.S.C. § 102(b)

| Claim 1 | | |
|---|---|---|
| A method for hair removal and temporarily preventing hair reappearance, | Jay | M4L6-8: *"The i-Light Pro IPL system is…designed for the removal of unwanted body hair…"* <br><br> M4R3-6: *"it actually works below the skin's surface to disable active hairs and helps prevent new ones from growing."* <br><br> M32L20-22: *"IPL uses the hair under your skin to disable your hair follicles…"* |
| | Prior Art LAS | (207) "Photoepilation … uses intense light energy to selectively damage hair shafts and follicles …." <br><br> (207): "During the process of hair removal, light is absorbed by melanin in the hair shaft and hair follicle …." <br><br> (214): "evaluated the effectiveness of an intense pulsed-light hair removal system (EpiLight)" <br><br> (207): "selective absorption of light by hair chromophores that damages hair follicles" |
| comprising: | | |
| generating a predetermined number of pulses of light | Jay | M5L4-6: *"The i-Light Pro system…emit[s] an intense pulse of light…"* |

| | | |
|---|---|---|
| | Prior Art LAS | (214): "an intense pulsed-light hair removal system (EpiLight)"<br><br>(213): "The duration of the pulses produced by the system can be varied." |
| each having a predetermined electromagnetic spectrum; | Jay | M7R3-6: *"You control the ENERGY LEVEL…and choose the level that's most comfortable for you."* |
| | Prior Art LAS | (214): "A broad-band light source produces radiation in the wavelength range of 590 to 1200 nm, which can be optimized by adjusting the filters according to the skin and hair color of the patient." |
| directing said pulses of light towards a skin surface, | Jay | M9L1-2: *"PLACE HAND PIECE ON AREA TO BE TREATED"*<br><br>M9R2-3: *"…press the FLASH BUTTON to treat skin."* |
| | Prior Art LAS | (208) (Fig. 22-1): "Pulsed Beam"; "The light on the top penetrates the epidermis …." |
| said pulses having at least one pulse duration, and a total energy all predetermined to temporarily prevent a growth of hair through said skin surface for a period of time; | Jay | M26R2-11: *"Energy Level Selection Display lights determine the intensity of the light flash delivered to your skin. Higher levels improve hair removal results… use the highest setting that's comfortable. There are 5 [predetermined] energy level settings on the i-Light Pro System."*<br><br>M4R2-6: *"the i-Light Pro IPL system…works below the skin's surface to disable active hairs and helps prevent new ones from growing."*<br><br>Pulse duration, spectral composition, and total energy are inherent characteristics of the i-Light Pro system and the replacement flash cartridge. |

| | | |
|---|---|---|
| | **Prior Art LAS** | (213): "The duration of the pulses can be varied …."<br><br>(213) "High fluence allows coverage of a 4.5 cm² area in one burst"<br><br>(214) "Follow-up sessions after 1 month show approximately 90% clearance for all energy fluences in the range of 20 to 40 J/cm² …<br><br>(211): "Destruction of the hair shaft does not lead to long-term epilation because as soon as the new anagen cycle becomes active, a new hair appears."<br><br>(36): "Several laser and nonlaser systems have been reported to ablate hair with minimal adverse effects."<br><br>(227): "Laser hair removal is best viewed as an effective method to delay hair regrowth." |
| by virtue of the directing of said pulses of light towards said skin surface, | **Jay** | M5L7-8: *"The light energy targets dark coloring in body hair, which is why it works best on lighter skin tones and naturally dark hair."* |
| | **Prior Art LAS** | (207) "Photoepilation … uses intense light energy to selectively damage hair shafts and follicles …."<br><br>(207): "During the process of hair removal, light is absorbed by melanin in the hair shaft and hair follicle …."<br><br>(214): "evaluated the effectiveness of an intense pulsed-light hair removal system (EpiLight)"<br><br>(207): "selective absorption of light by hair chromophores that damages hair follicles" |

| | | |
|---|---|---|
| effectuating a removal of projecting hair fibers from said skin surface; and | **Jay** | M5R13-17: *"After a hair follicle is treated, it can take one to two weeks for the hair to fall out…the hair is being 'pushed out.'"* |
| | **Prior Art LAS** | (214): "(Table 22-2): "Hair Removal Photoepilation Results …. Average Hair Reduction before 2nd Treatment …. 20-67% ….." |
| | | (225): "Damaged hair shafts may extrude from the treated hair follicles 5 to 7 days after treatment, but do not indicate hair regrowth ….." |
| | | (226):"Hair shafts that are damaged during treatment may be eliminated through the hair follicle 5 to 7 days post-operatively …." |
| after the removal of projecting hair from said skin surface, | **Jay** | M5R13-17: *"After a hair follicle is treated, it can take one to two weeks for the hair to fall out…the hair is being 'pushed out.'"* |
| | | M5R6-7: *"The first 3 sessions…should be 2 weeks apart."* |
| | **Prior Art LAS** | (214): "(Table 22-2): "Hair Removal Photoepilation Results …. Average Hair Reduction before 2nd Treatment …. 20-67% ….." |
| | | (225): "Damaged hair shafts may extrude from the treated hair follicles 5 to 7 days after treatment, but do not indicate hair regrowth ….." |
| | | (226):"Hair shafts that are damaged during treatment may be eliminated through the hair follicle 5 to 7 days post-operatively …." |
| | | (215): "Patients underwent four treatments at 2-week intervals." |
| | | (215): "Multiple treatments are generally necessary for long-term hair removal …." |
| | | (212): Table 22-1 (showing Telogen [inactive] duration of all |

4

| | | |
|---|---|---|
| and prior to a lapse of said period of time after the directing of said pulses towards said skin surface, and<br><br>prior to a visible reappearance of hairs on said skin surface | | hairs – before hairs will reappear – is longer than two weeks.<br><br>(214): Table 22-2 (showing results from 3-6 "Number of Treatments and Touch Ups"<br><br>(227): "[M]ost patients require multiple monthly or bi-monthly laser sessions (average = 3) with maintenance treatments every 4 to 6 months thereafter to achieve significant and continued hair density reduction."<br><br>(228): "After three laser treatments at 4-to-6-week intervals, most patients experience a prolonged delay in hair growth (6-9 months)."<br><br>(233): Figure 25-4: "Vaporization of hairs to the skin surface following 3 sequential pulses from IPL …. Some hairs are burned to the surface, others have a frizzled and curly appearance."<br><br>(236): "[I]t is possible to remove terminal hair for long intervals (> 1 year), with a prolonged delay in regrowth of new hairs in many different body regions." |
| | **Jay** | M5R6-10: *"The first 3 sessions…should be 2 weeks apart. After that, us… when you start to see hair re-growth…Do NOT treat the same body part more often than every 2 weeks."* |
| | **Prior Art LAS** | (215): "Patients underwent four treatments at 2-week intervals."<br><br>(215): "Multiple treatments are generally necessary for long-term hair removal …."<br><br>(212): Table 22-1 (showing Telogen [inactive] duration of all hairs – before hairs will reappear – is longer than two weeks.<br><br>(214): Table 22-2 (showing results from 3-6 "Number of Treatments and Touch Ups"<br><br>(227): "[M]ost patients require multiple monthly or bi-monthly laser sessions (average = 3) with maintenance treatments every 4 |

5

| | | |
|---|---|---|
| again generating pulses of light and directing the pulses towards said skin surface to temporarily prevent hair reappearance. | | to 6 months thereafter to achieve significant and continued hair density reduction."<br><br>(228): "After three laser treatments at 4-to-6-week intervals, most patients experience a prolonged delay in hair growth (6-9 months)."<br><br>(233): Figure 25-4: "Vaporization of hairs to the skin surface following 3 sequential pulses from IPL .... Some hairs are burned to the surface, others have a frizzled and curly appearance."<br><br>(236): "[I]t is possible to remove terminal hair for long intervals (> 1 year), with a prolonged delay in regrowth of new hairs in many different body regions." |
| | Jay | M19, lines 2-5 following table: *"You should complete your first three treatments over the first month... After the third treatment, ... continue your treatments only as-needed."* |
| | Prior Art LAS | (215): "Patients underwent four treatments at 2-week intervals."<br><br>(215): "Multiple treatments are generally necessary for long-term hair removal ...."<br><br>(212): Table 22-1 (showing Telogen [inactive] duration of all hairs – before hairs will reappear – is longer than two weeks.<br><br>(214): Table 22-2 (showing results from 3-6 "Number of Treatments and Touch Ups"<br><br>(227): "[M]ost patients require multiple monthly or bi-monthly laser sessions (average = 3) with maintenance treatments every 4 to 6 months thereafter to achieve significant and continued hair density reduction."<br><br>(228): "After three laser treatments at 4-to-6-week intervals, most patients experience a prolonged delay in hair growth (6-9 months)." |

6

| | | |
|---|---|---|
| | | (233): Figure 25-4: "Vaporization of hairs to the skin surface following 3 sequential pulses from IPL ..... Some hairs are burned to the surface, others have a frizzled and curly appearance." |
| | | (236): "[I]t is possible to remove terminal hair for long intervals (> 1 year), with a prolonged delay in regrowth of new hairs in many different body regions." |
| **Claim 2** | | |
| The method defined in claim 1 | **Prior Art LAS** | |
| wherein said number of pulses is greater than one, | **Prior Art LAS** | (213): "the system can generate two to five pulses" |
| said pulses having an inter-pulse interval greater than 200 msec. | **Prior Art LAS** | (219): "a rapid 5-pulse-per second repetition rate (5 Hz compared with 1 or 0.5 Hz)"; (224): "a repetition rate of 0.5 Hz" |
| **Claim 3** | | |
| The method defined in claim 2 | **Prior Art LAS** | |
| wherein said inter-pulse interval is between approximately 200 msec and approximately 2 seconds. | **Prior Art LAS** | (219): "a rapid 5-pulse-per second repetition rate (5 Hz compared with 1 or 0.5 Hz)": "a repetition rate of 0.5 Hz" |
| **Claim 4** | | |
| The method defined in claim 3 | **Prior Art LAS** | |
| wherein said inter-pulse interval is approximately 300 msec. | **Prior Art LAS** | (213): """the duration of pulses can be varied and the system can generate bursts of two to five pulses", "a repetition rate of 5 hz" |
| **Claim 5** | | |

| The method defined in claim 2 | | |
|---|---|---|
| wherein said total energy is between approximately 1 Joule and approximately 200 Joules of energy per square centimeter of said skin surface. | **Prior Art LAS** | (232): "Total energy delivered is typically 40-50 J/cm2" |
| **Claim 6** | | |
| The method defined in claim 5 | **Prior Art LAS** | (232): "Total energy delivered is typically 40-50 J/cm2" |
| wherein said total energy is between approximately 5 Joules and approximately 40 Joules of energy per square centimeter of said skin surface. | | |
| **Claim 7** | | |
| The method defined in claim 5 | **Prior Art LAS** | (232): "Pulse durations of 3 to 5 milliseconds" |
| wherein said duration is between approximately 1 msec and approximately 2 seconds. | | |
| **Claim 8** | | |
| The method defined in claim 7 | **Prior Art LAS** | (232): "noncoherent wavelengths of 645 to 1200 nm" |
| wherein the light of said pulses is incoherent and | | |
| wherein said spectrum includes wavelengths between about 300 nm and 1200 nm. | **Prior Art LAS** | (232): "noncoherent wavelengths of 645 to 1200 nm" |

8

| Claim 9 | | |
|---|---|---|
| The method defined in claim 7 | **Prior Art LAS** | |
| wherein said spectrum includes only wavelengths between about 300 nm and about 550 nm. | | (209): "wavelengths of 440 … nm" |
| **Claim 10** | | |
| The method defined in claim 7 | **Prior Art LAS** | |
| wherein said duration is between approximately 1 msec and approximately 20 msec. | | (232): "Pulse durations of 3 to 5 milliseconds" |
| **Claim 11** | | |
| The method defined in claim 10 | **Prior Art LAS** | |
| wherein said duration is between about 6 msec and about 20 msec. | | (213): "pulses with a duration of approximately 2 to 20 milliseconds" |
| **Claim 12** | | |
| The method defined in claim 1 | **Jay** | M5R6-7: *"The first 3 sessions…should be 2 weeks apart."* |
| wherein said period of time has a length between a day and three months. | **Prior Art LAS** | (215): "Patients underwent four treatments at 2-week intervals." |
| | | (215): "Multiple treatments are generally necessary for long-term hair removal …." |
| | | (212): Table 22-1 (showing Telogen [inactive] duration of all |

9

| | | |
|---|---|---|
| | | hairs – before hairs will reappear – is longer than two weeks. |
| | | (214): Table 22-2 (showing results from 3-6 "Number of Treatments and Touch Ups" |
| | | (227): "[M]ost patients require multiple monthly or bi-monthly laser sessions (average = 3) with maintenance treatments every 4 to 6 months thereafter to achieve significant and continued hair density reduction." |
| | | (228): "After three laser treatments at 4-to-6-week intervals, most patients experience a prolonged delay in hair growth (6-9 months)." |
| | | (233): Figure 25-4: "Vaporization of hairs to the skin surface following 3 sequential pulses from IPL …. Some hairs are burned to the surface, others have a frizzled and curly appearance." |
| | | (236): "[I]t is possible to remove terminal hair for long intervals (> 1 year), with a prolonged delay in regrowth of new hairs in many different body regions." |
| **Claim 13** | | |
| The method defined in claim 12 | **Jay** | |
| wherein said period of time has a length between approximately one week and one month. | | M5R6-7: *"The first 3 sessions…should be 2 weeks apart."* |
| | **Prior Art LAS** | (215): "Patients underwent four treatments at 2-week intervals." |
| | | (215): "Multiple treatments are generally necessary for long-term hair removal …." |
| | | (212): Table 22-1 (showing Telogen [inactive] duration of all hairs – before hairs will reappear – is longer than two weeks. |

10

| | | |
|---|---|---|
| | | (214): Table 22-2 (showing results from 3-6 "Number of Treatments and Touch Ups" <br><br> (227): "[M]ost patients require multiple monthly or bi-monthly laser sessions (average = 3) with maintenance treatments every 4 to 6 months thereafter to achieve significant and continued hair density reduction." <br><br> (228): "After three laser treatments at 4-to-6-week intervals, most patients experience a prolonged delay in hair growth (6-9 months)." <br><br> (233): Figure 25-4: "Vaporization of hairs to the skin surface following 3 sequential pulses from IPL …. Some hairs are burned to the surface, others have a frizzled and curly appearance." <br><br> (236): "[I]t is possible to remove terminal hair for long intervals (> 1 year), with a prolonged delay in regrowth of new hairs in many different body regions." |
| **Claim 14** | | **Prior Art LAS** |
| The method defined in claim 1, | | |
| further comprising | | |
| determining said period of time by counting a number of days between an application of said pulses to said skin surface and a subsequent appearance of hair on said skin surface. | | (212); Table 22-1 "Telogen Duration"; (214): "Patients were observed at weeks 2, 4, 8, and 12 to determine hair count" |

11