UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

JAY,

        Plaintiff(s),

-v-                                                No.  13 Civ. 8137 (LTS)(DCF)

SPECTRUM BRANDS HOLDING, INC.,

        Defendant(s).

--------------------------------------------------------x

## ORDER

        A Markman hearing will be conducted in the above-captioned case on October 22, 2014, at 10:00 a.m.

        A maximum of thirty claim terms will be considered and construed in connection with the hearing.  The parties are hereby directed to meet and confer to determine which claims and terms will be addressed, and must inform the Court of their selection by letter filed no later than August 22, 2014.

        SO ORDERED.

Dated: New York, New York
       July 25, 2014

                                                            LAURA TAYLOR SWAIN
                                                            United States District Judge