**DILWORTH PAXSON**

**MEMO ENDORSED**

DIRECT DIAL NUMBER:
(215) 575-7143

James J. Rodgers
jrodgers@dilworthlaw.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 18 2014

**VIA ECF & FACSIMILE**

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**CHAMBERS COPY**

Re:   *Harvey H. Jay, M.D., v. Spectrum Brands Holdings, Inc., et al*
      13-cv-8137 (LTS) (DCF)

Dear Judge Swain:

In accordance with Your Honor's Individual Practices, and Local Rule 7.1(d), the parties jointly and respectfully submit this Letter Motion requesting:

(1)   an additional fifteen (15) pages for the opening and responsive claim construction briefs so that the limit is forty (40) pages for each such brief. *See e.g., Amplify Education, Inc. v. Greenwood Publishing Group, Inc.*, Civil Action No. 1:13-cv-2687, Jun. 16, 2014 Order [Dkt. 49] (S.D.N.Y.) (allowing 40 pages for each of the opening and responsive claim construction briefs). The parties seek these additional pages to inform the court as to the technology, and to fully set forth their arguments with respect to each of the asserted claims of each of the five patents-in-suit.

(2)   that the deadlines for claim construction briefing set forth in Your Honor's Pre-Trial Scheduling Order No. 1, at ¶ 4 [Dkt. 23] and the parties' Rule 26(f) Discovery Plan Report, subdivision II, at ¶¶ 7-9 [Dkt. 21], be modified as follows:

| | | |
|---|---|---|
| Deadline for Plaintiff to file his Opening Claim Construction Brief | August 18, 2014 | September 2, 2014 |
| Deadline for Defendants to file their Response to the Opening Claim Construction Brief | September 17, 2014 | October 2, 2014 |
| Deadline for Plaintiff to file a Reply solely rebutting Defendants' Response | September 24, 2014 | October 9, 2014 |

1500 Market Street • Suite 3500E • Philadelphia, PA 19102-2101 • 2155757000 • fax: 215-575-7200
www.dilworthlaw.com • Cherry Hill, NJ • Harrisburg, PA • Washington, DC • Red Bank, NJ • Wilmington, DE

Hon. Laura Taylor Swain
August 15, 2014
Page 2

    These revised dates will not affect the Markman Hearing scheduled for October 22, 2014. Nor will they affect any other date set forth in Your Honor's Pre-Trial Scheduling Order No. 1 [Dkt. 23]. The parties request this modified schedule, in part to allow Plaintiff to draft his opening claim construction brief after the parties' obligation to inform the court, on August 22, of their selection of a maximum of thirty (30) claim terms for construction at the Markman Hearing. [Dkt. 36]. The parties also request this modification to accommodate their respective counsel's availability over the next few months.

                                           Respectfully submitted,

Dated: August 15, 2014                    DILWORTH PAXSON LLP

                                           By:  *James J. Rodgers*
                                                  James J. Rodgers

                                         1500 Market Street, Suite 3500E
                                         Philadelphia, PA 19102
                                         (215) 575-7143 (telephone)
                                         (215) 575-7200 (facsimile)
                                         jrodgers@dilworthlaw.com

                                         *Attorneys for Plaintiff*

                                         WILMER CUTLER PICKERING HALE AND DORR LLP

                                         By:  *Corinne E. Atton*
                                                  Corinne E. Atton

                                         7 World Trade Center
                                         250 Greenwich Street
                                         (212) 295-6368 (telephone)
                                         (212) 230-8888 (facsimile)
                                         corinne.atton@wilmerhale.com

                                         *Attorneys for Defendants*

cc:     All counsel (via ECF)

*The requests are granted.*

**SO ORDERED.**

NEW YORK, NY
August 18, 2014

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE