WILMERHALE

# COURTESY COPY

September 25, 2014

**Corinne Elisabeth Atton**

+1 212 295 6368 (t)
+1 212 230 8888 (f)
corinne.atton@wilmerhale.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 6 2014
```

**VIA ECF & FACSIMILE**

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

*[stamp: ENDORSED]*

**Re:   Harvey H. Jay, M.D., v. Spectrum Brands Holdings, Inc., et al.,.13-cv-8137 (LTS) (DCF)**

Dear Judge Swain,

In accordance with Your Honor's Individual Practices, and Local Rule 7.1(d), the parties jointly submit this Letter Motion respectfully requesting that they be permitted to file an additional five (5) pages for each of Defendants' Responsive, and Plaintiff's Reply Claim Construction Briefs, taking the maximum page limits for these briefs to forty-five (45) and fifteen (15), respectively.

The Court previously ordered that the parties Opening and Responsive Claim Construction Briefs could be a maximum of forty (40) pages each. D.I. 38.

Defendants seek these additional pages to enable them to fairly address for the Court the background technology, the five asserted patents and their prosecution histories (including two re-examinations), the 30 disputed claim terms from 44 asserted claims, and the issues raised in Plaintiff's Opening Claim Construction Brief. Defendants have endeavored to be as succinct as possible, but cannot fairly cover all of this material in their single permitted claim construction brief in forty pages or less, and so respectfully request five additional pages in which to do so. The Plaintiff has agreed with this request if he can have five additional pages for his Reply Brief.

09/25/2014 16:17 FAX 2122445697 WILMERHALE LLP ☒003/003
Case 1:13-cv-08137-LTS-DCF Document 42 Filed 09/26/14 Page 2 of 2
Case 1:13-cv-08137-LTS-DCF Document 41 Filed 09/25/14 Page 2 of 2

WILMERHALE

Page 2

Respectfully submitted,

Dated: September 25, 2014     WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ Corinne E. Atton
       Corinne E. Atton

7 World Trade Center
250 Greenwich Street
New York, NY 10007
(617) 526-6863 (telephone)
(617) 526-5000 (facsimile)
corinne.atton@wilmerhale.com

*Attorneys for Defendants*

DILWORTH PAXSON LLP

By: /s/ James J. Rodgers
       James J. Rodgers

1500 Market Street, Suite 3500E
Philadelphia, PA 19102
(215) 575-7143 (telephone)
(215) 575-7200 (facsimile)
jrodgers@dilworthlaw.com

*Attorneys for Plaintiff*

cc: All counsel (via ECF)

The requests are granted.

SO ORDERED:

/s/ 9/26/14
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE