UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

HARVEY H. JAY,

    Plaintiff,

-v-　　　　　　　　　　　　　　　　　　　No. 13CV8137-LTS-DCF

SPECTRUM BRANDS HOLDING, INC. et al.,

    Defendants.

-------------------------------------------------------x



## ORDER

No later than Wednesday, October 15, 2014, the parties must file a joint document describing their proposed agenda, including anticipated sequence of any scientific or technical tutorial, witness evidence, and attorney argument, for the October 22, 2014, Markman hearing.

    SO ORDERED.

Dated: New York, New York
       October 10, 2014

                                                LAURA TAYLOR SWAIN
                                                United States District Judge