

DIRECT DIAL NUMBER:
(215) 575-7143

James J. Rodgers
jrodgers@dilworthlaw.com

October 21, 2014

**VIA ECF AND FACSIMILE**

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Jay v. Spectrum*, No.: 13-cv-8137-LTS-DCF
Markman Hearing on October 22, 2014-Time Requested for Technology Tutorials

Dear Judge Swain:

Pursuant to Your Honor's endorsement of the parties' proposed agenda for the forthcoming Markman hearing (DE 51), the parties respectfully request that the Court allow:

- Plaintiff Harvey H. Jay M.D., approximately fifteen (15) minutes for his tutorial; and

- Defendants Spectrum Brands Holdings, Inc., Spectrum Brands, Inc., and Shaser, Inc. (collectively, "Spectrum"), approximately twenty (20) minutes for its tutorial.

Respectfully submitted,

DILWORTH PAXSON LLP

By: /s/ James J. Rodgers
James J. Rodgers

1500 Market Street, Suite 3500E
Philadelphia, PA 19102
(215) 575-7143 (telephone)
(215) 575-7200 (facsimile)
jrodgers@dilworthlaw.com

*Attorneys for Plaintiff Harvey H. Jay, MD*

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ Wayne L. Stoner
Wayne L. Stoner

60 State Street
Boston, MA 02109
(617) 526-6863 (telephone)
(617) 526-5000 (facsimile)
Wayne.Stoner@wilmerhale.com

*Attorneys for Defendants*