UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

HARVEY H. JAY,

        Plaintiff,

-v-                                           No. 13CV8137-LTS-DCF

SPECTRUM BRANDS HOLDING, INC. et al.,

        Defendants.

-------------------------------------------------------x



ORDER

The parties are directed to be prepared to address the following proposed constructions of disputed claim terms at the October 22, 2014, Markman hearing.

| # | Disputed Claim Term | The Court's Proposed Construction |
|---|---|---|
| 1 | "Temporarily" | "lasting for a limited period of time" |
| 2 | "Predetermined" | "selected prior to the relevant action" |
| 3 | "Total Energy" | "total amount of energy transmitted" |
| 4 | "Projecting Hair (Fibers)" | "hair (fibers) which are extending from the bulb of a hair follicle toward or beyond the surface of the skin" |
| 7 | "Prevent Hair Reappearance" | "prevent visible regrowth of previously treated hair" |
| 8 | "Prior to (a visible) Reappearance of Hairs on a Skin Surface" | "prior to visible regrowth of previously treated hair on a skin surface" |
| 10 | "Absorption of Light … Resulting (in)" ("Temporary Removal of Hair From" or "Temporary Retardation of Hair Growth Along") a Skin Surface" | "Retention of impinging light leading to (elimination of hair from or reduction in the rate of hair extension along) a skin surface for a limited period of time" |
| 11 | "Maintain a Skin Surface Temporarily Free of Projecting Hair Fibers" | "maintain a skin surface free of projecting hair fibers for a limited period of time" |
| 14 | "Temporarily Preventing Hair Reappearance" | "preventing visible regrowth of previously treated hair for a limited period of time" |
| 15 | "Using said Device to Temporarily Remove Hair from said Skin Surface" | "using the referenced device to remove hair from the skin surface for a limited period of time" |
| 16 | "To Temporarily Prevent a Growth of Hair Through said Skin Surface" | "to prevent hair growth through the skin surface for a limited period of time" |
| 17 | "For the Temporary Removal of Hair" | "for hair removal for a limited period of time. |

| 18 | "Irradiating the Skin Surface in a First Treatment Session to Prevent Hair Reappearance; and Thereafter and Prior to a Reappearance of Hair Fibers along said Skin Surface Irradiating the Skin Surface in a Second Treatment Session to Prevent Hair Reappearance" | "Irradiating the Skin Surface in a First Treatment Session to Prevent Reappearance **of previously treated hair**; and Thereafter and Prior to a Reappearance of Hair Fibers along said Skin Surface Irradiating the Skin Surface in a Second Treatment Session to Prevent Reappearance **of previously treated hair**" |
|---|---|---|
| 20 | "Generating a Predetermined Number of Pulses of Light" | "Generating a pre-selected number of pulses of light" |
| 21 | "Said Pulses Having … a Total Energy all Predetermined" | "the total amount of energy transmitted through the pulses having been determined in advance" |
| 25 | "Prior to a Visible Reappearance of Hairs on said Skin Surface, again Generating Pulses of Light and Directing the Pulses Towards said Skin Surface" | "Prior to a Visible Reappearance of **treated** Hairs on said Skin Surface, again Generating Pulses of Light and Directing the Pulses Towards said Skin Surface" |
| 27 | "By Virtue of" ("Directing … Light" or "Absorption of … Light") "… Effectuating Removal of Projecting Hair Fibers From a Skin Surface" | "(Application of light or retention of light) leading to elimination from a skin surface of hair fibers which are extending from the bulb of a hair follicle toward or beyond the surface of the skin" |
| 28 | "By Virtue of … Absorption of Light … by Hair Fibers Below a Skin Surface" ("at Least Temporarily Retarding Hair Growth" or "Severing or Damaging the Hair Fibers") | "Retention of light leading, at one or more portions of hair fibers situated beneath the exterior of a skin surface, to impairment for ("at least a limited period of time of the rate of hair growth" or "severance or damage of the hair fibers")" |

SO ORDERED.

Dated: New York, New York
October 21, 2014

LAURA TAYLOR SWAIN
United States District Judge