UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

HARVEY H. JAY,

        Plaintiff,

-v-                                      No. 13CV8137-LTS-DCF

SPECTRUM BRANDS HOLDING, INC. et al.,

        Defendants.

-------------------------------------------------------x

## ORDER

The parties are directed to file with the Court, and provide courtesy copies to chambers, simultaneous post-Markman Hearing submissions by November 5, 2014. The parties must file simultaneous responsive submissions concerning Disputed Claim Terms 10, 24, 26, 29 and 30, by November 14, 2014. The parties are further directed to file a joint submission detailing the claims of the relevant patents in which each construed Disputed Claim Term appears, no later than November 5, 2014. Defendants must file any motion for partial summary judgment based on the alleged defect in U.S. Patent No. 6,916,316, by November 7, 2014. Plaintiff's opposition to the motion is due by November 21, 2014, and Defendants' reply is due by December 2, 2014.

        SO ORDERED.

Dated: New York, New York
       October 22, 2014

LAURA TAYLOR SWAIN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 2 2014