UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

HARVEY H. JAY,

        Plaintiff,

-v-                                     No. 13CV8137-LTS-DCF

SPECTRUM BRANDS HOLDING, INC. et al.,

        Defendants.

-------------------------------------------------------x



## ORDER

The parties are directed to order for delivery to the Chambers of the undersigned a copy of the transcript of the October 22, 2014, Markman hearing. Parties are directed to share the costs of the transcript.

SO ORDERED.

Dated: New York, New York
       October 24, 2014

                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge