

DIRECT DIAL NUMBER:  
(215) 575-7143

James J. Rodgers  
jrodgers@dilworthlaw.com

November 3, 2014

**VIA ECF AND FACSIMILE**

Hon. Laura Taylor Swain  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY  10007

    Re:    *Harvey H. Jay, M.D., v. Spectrum Brands Holdings, Inc., et al.*  
              No.: 13-cv-8137 (LTS) (DCF)

Dear Judge Swain:

      In accordance with Your Honor's direction during the October 22, 2014 Markman Hearing in this matter, the parties have conferred in good faith in an attempt to reach an agreement on the meaning of the phrase "previously treated hair." Despite the parties' efforts, an agreement has not been reached. As a result, the parties will addresses their respective positions on the proper meaning of that phrase in their Initial Post-Markman Hearing Submissions which are due to be filed no later than November 5, 2014.

                            Respectfully submitted,

DILWORTH PAXSON LLP

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/  *James J. Rodgers*  
       James J. Rodgers

By: /s/  *Wayne L. Stoner*  
       Wayne L. Stoner

1500 Market Street, Suite 3500E  
Philadelphia, PA 19102  
(215) 575-7143 (telephone)  
(215) 575-7200 (facsimile)  
jrodgers@dilworthlaw.com

60 State Street  
Boston, MA 02109  
(617) 526-6863 (telephone)  
(617) 526-5000 (facsimile)  
Wayne.Stoner@wilmerhale.com

*Attorneys for Plaintiff Harvey H. Jay, MD*

*Attorneys for Defendants*