# WILMERHALE

November 5, 2014

Wayne L. Stoner

+1 617 526 6863 (t)
+1 617 526 5000 (f)
wayne.stoner@wilmerhale.com

**VIA ECF AND FACSIMILE**

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

Re:    *Jay v. Spectrum et al.*, No.: 13-cv-8137-LTS-DCF
       List of Asserted Claims in which Each Disputed Claim Term Appears

Dear Judge Swain:

Pursuant to Your Honor's Order dated October 22, 2014 (DE 55), the parties hereby jointly submit a list of the asserted claims in which each disputed claim term ("DCT") appears:

1.   **"Temporarily"**

   - '542 Patent – claim 1
   - '617 Patent – claims 1 and 35
   - '316 Patent – claims 1, 9, 25, 29 and 39
   - '308 Patent – claim 1
   - '330 Patent – claims 1, 2, 3 and 5

2.   **"Predetermined"**

   - '542 Patent – claim 1
   - '617 Patent – claims 1, 35 and 36
   - '316 Patent – claims 1, 9, 25, 29 and 39
   - '308 Patent – claim 1
   - '330 Patent – claims 1, 2, 3, 5 and 7

3.   **"Total Energy"**

   - '542 Patent – claims 1, 5 and 6
   - '617 Patent – claims 1, 3, 8, 35 and 36
   - '316 Patent – claims 1, 3, 8, 9, 25, 27, 29, 32 and 39
   - '308 Patent – claim 1
   - '330 Patent – claims 1, 3, 5 and 7

WILMERHALE

November 5, 2014
Page 2

4. "**Projecting Hair [Fibers]**"

- '542 Patent – claim 1
- '316 Patent – claims 1, 39 and 42

5. "**Protruding Hair [Fibers]**"

- '330 Patent – claims 1, 3, 4, 5, 6 and 7

6. **["Growth of Hair" *or* "Hair Growth"] [Through *or* Along *or* At] "a Skin Surface"**

- '542 Patent – claim 1
- '617 Patent – claims 1, 35 and 36
- '316 Patent – claims 1, 9, 29 and 39
- '308 Patent – claim 1
- '330 Patent – claims 1, 3 and 5

7. "**Prevent Hair Reappearance**"

- '542 Patent – claim 1
- '316 Patent – claims 25, 39 and 42
- '308 Patent – claim 1
- '330 Patent – claims 1 and 2

8. "**Prior to [a Visible] [Re]appearance of Hair[s] on [a *or* Said *or* "Along Said"] Skin Surface**"

- '542 Patent – claim 1
- '617 Patent – claims 1, 35 and 36
- '316 Patent – claims 1, 25, 39 and 42
- '308 Patent – claim 1
- '330 Patent – claim 1

9. **["Removal of" *or* Removing] […] ["Projecting Hair" *or* "Projecting Hair Fibers" *or* "Protruding Hair Fibers"] "From [a *or* Said *or* "The Said"] Skin Surface"**

- '542 Patent – claim 1
- '316 Patent – claims 1, 25, 39 and 42
- '330 Patent – claim 1

WILMERHALE

November 5, 2014
Page 3

10. **"Absorption of Light … Resulting [in]" ["Temporary Removal of Hair From"** *or* **"Temporary Retardation of Hair Growth Along"] "Said Skin Surface"**

- '617 Patent – claim 35
- '316 Patent – claims 25 and 29

11. **"Maintain Said Skin Surface Temporarily Free of Projecting Hair Fibers"**

- '316 Patent – claims 1 and 39

12. **["Directing [Said** *or* **The] […] Pulses [of Light] Toward[s] a"** *or* **"[Re]Apply[ing] […] Pulses of Light To [a** *or* **Said** *or* **The]"] "Skin [Surface** *or* **Area]"**

- '542 Patent – claim 1
- '617 Patent – claims 1, 35 and 36
- '316 Patent – claims 1, 25, 29, 30 and 39
- '308 Patent – claim 1
- '330 Patent – claims 1, 2, 3 and 5

13. **"Hair Removal Treatment"**

- '330 Patent – claims 7 and 8

14. **"Temporarily Prevent[ing] ["Hair Reappearance"** *or* **"Reappearance of Hair"]**

- '542 Patent – claim 1
- '316 Patent – claims 25 and 39
- '308 Patent – claim 1
- '330 Patent – claims 1 and 2

15. **"Using Said Device To Temporarily Remove Hair From Said Skin Surface"**

- '316 Patent – claim 25

16. **"To Temporarily Prevent ["a Growth of Hair"** *or* **"Hair Growth"] Through [a** *or* **Said] Skin Surface"**

- '542 Patent – claim 1
- '316 Patent – claims 9 and 39
- '308 Patent – claim 1
- '330 Patent – claims 1 and 3

WILMERHALE

November 5, 2014
Page 4

17. **"[For] The Temporary Removal of Hair"**

    - '316 Patent – claim 25
    - '330 Patent – claim 7

18. **"Irradiating the Skin Surface in a First Treatment Session to Prevent Hair Reappearance; and Thereafter and Prior to a Reappearance of Hair Fibers Along Said Skin Surface Irradiating the Skin Surface in a Second Treatment Session to Prevent Hair Reappearance"**

    - '316 Patent – claim 42

19. **"To Delay a Growth of Hair Through Said Skin Surface"**

    - '617 Patent – claim 36

    To clarify, the parties stated at the October 22, 2014 Markman hearing that claim 19 did not need to be construed because it was not included in any of the asserted claims. Markman Hearing Tr., at 62:17-21. This was not correct. DCT 19 is recited in asserted claim 36 of the '617 Patent.

20. **"Generating a […] Predetermined Number of Pulses of Light"**

    - '542 Patent – claim 1
    - '617 Patent – claims 1, 35 and 36
    - '316 Patent – claim 1
    - '308 Patent – claim 1
    - '330 Patent – claim 1

21. **["Said Pulses Having […]"** or **"The … Pulses of Light … Each Include … a"** or **"Each Light Application Including …a"] ["Total Energy [all] Predetermined"** or **"[Predetermined] Total Energy"]**

    - '542 Patent – claim 1
    - '617 Patent – claims 1, 35 and 36
    - '316 Patent – claims 1, 9, 25, 29 and 39
    - '308 Patent – claim 1
    - '330 Patent – claims 1, 3, 5 and 7

WILMERHALE

November 5, 2014
Page 5

**22.**   **"Directing […] Said Pulses of Light Towards [a *or* Said] Skin Surface"**

- '542 Patent – claim 1
- '617 Patent – claims 1 and 36
- '316 Patent – claims 1 and 39

**23.**   **"Applying [Said] Pulses of Light to a Skin Surface"**

- '617 Patent – claim 35
- '316 Patent – claims 25 and 29
- '308 Patent – claim 1

**24.**   **"By Virtue of an Absorption of the Light of Said Pulses by Said Endogenous Chromophores in the Hair of Said Skin Surface, Effectuating Removal of Projecting Hair Fibers from Skin Surface"**

- '316 Patent – claim 1

**25.**   **"Prior to a Visible [Re]Appearance of Hair[s] on Said Skin Surface, [Again] Generating […] Pulses of Light and Directing the […] Pulses […] Towards Said Skin Surface"**

- '542 Patent – claim 1
- '617 Patent – claim 1
- '316 Patent – claims 1 and 39
- '330 Patent – claim 1

**26.**   **[Retard[ing] *or* Slow[ing] *or* "Diminution in a"] ["Hair Growth" *or* "Growth of Hair" *or* "Growth Rate of Hair"]**

- '617 Patent – claims 1 and 35
- '316 Patent – claims 1, 29 and 30
- '330 Patent – claim 7

**27.**   **"By Virtue of" ["the Directing of […]" *or* "an Absorption of […] Light"] "[…] Effectuating a Removal of Projecting Hair Fibers From Said Skin Surface"**

- '542 Patent – claim 1
- '316 Patent – claim 1

WilmerHale

November 5, 2014
Page 6

28. "By Virtue of […] Absorption of Light […] by Hair Fibers Below said Skin Surface" ["at Least Temporarily Retarding Hair Growth" or "Severing or Damaging the Hair Fibers"]

- '617 Patent – claims 35 and 36

29. "Delay an Appearance of Hair on said Skin Surface"

- '617 Patent – claim 1

30. "Sever or Destroy Hair Fibers Below [a or Said] Skin Surface"

- '617 Patent – claims 35 and 36
- '316 Patent – claim 39

The parties respectfully request that the Court note that the language used in the above listing of DCT Nos. 6, 8-10, 12, 14, 16-17, 20-23, 25-27 and 30 has been revised (over the language stated in DE 39), to accurately track the language used in each of the above-cited asserted claims.

Respectfully Submitted,

| | |
|---|---|
| DILWORTH PAXSON LLP | WILMER CUTLER PICKERING HALE AND DORR LLP |
| By: ___*James J. Rogers*___ | By: ___*Wayne L. Stoner*___ |
|      James J. Rodgers |      Wayne L. Stoner |
| 1500 Market Street, Suite 3500E | 60 State Street |
| Philadelphia, PA 19102 | Boston, MA 02109 |
| (215) 575-7143 (telephone) | (617) 526-6863 (telephone) |
| (215) 575-7200 (facsimile) | (617) 526-5000 (facsimile) |
| jrodgers@dilworthlaw.com | Wayne.Stoner@wilmerhale.com |
| *Attorneys for Plaintiff Harvey H. Jay* | *Attorneys for Defendants Spectrum Brands Holdings, Inc., Spectrum Brands, Inc., and Shaser, Inc.* |