# WILMERHALE

November 24, 2014

**VIA ECF AND FACSIMILE**

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Corinne Elisabeth Atton

+1 212 295 6368 (t)
+1 212 230 8888 (f)
corinne.atton@wilmerhale.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 6 2014

Re: *Jay v. Spectrum et al.*, No.: 13-cv-8137-LTS-DCF
Short Extension to File Partial Summary Judgment Reply Brief

MEMO ENDORSED

Dear Judge Swain:

Pursuant to Your Honor's Order dated October 22, 2014 (DE 55), Defendants' Reply Brief regarding its Partial Summary Judgment Motion (DE 65-68), is due on December 2, 2014. Defendants respectfully request a short extension of this deadline to December 5, 2014.

Counsel for Plaintiff does not oppose this request. No previous extension has been sought.

Respectfully submitted,

/s/ Corinne Elisabeth Atton
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 295-6368 (telephone)
(212) 230-8888 (facsimile)
corinne.atton@wilmerhale.com

*Attorneys for Defendants*

The request is granted.

SO ORDERED:

/s/ Laura Taylor Swain  11/25/14
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE