## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARVEY H. JAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:13-cv-8137-LTS-DCF |
| | ) |
| SPECTRUM BRANDS HOLDINGS, INC., | ) |
| SPECTRUM BRANDS, INC., and SHASER, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF APPEARANCE

**To the Clerk of This Court and All Parties of Record:**

    **PLEASE ENTER THE APPEARANCE** of **Martin E. Gilmore** as counsel in this action on behalf of Defendants.  Mr. Gilmore certifies that he is admitted to practice in this Court.

Dated:  January 26, 2015

 

/s/ Martin E. Gilmore
Signature

| | |
|---|---|
| Martin E. Gilmore | MG-1230 |
| Print Name | Bar Number |

7 World Trade Center,
250 Greenwich Street
New York, NY 10014
Office Address

| | |
|---|---|
| 212-295-6380 | 212-230-8888 |
| Phone Number | Fax Number |

martin.gilmore@wilmerhale.com
Email Address

- 1 -