Swain, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-4-2015

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARVEY H. JAY, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 1:13-cv-8137-LTS-DCF |
| SPECTRUM BRANDS HOLDINGS, INC., SPECTRUM BRANDS, INC., and SHASER, INC., | ) **NOTICE OF WITHDRAWAL OF CORINNE E. ATTON AS COUNSEL FOR DEFENDANTS AND [PROPOSED] ORDER** |
| Defendants. | ) |

PLEASE TAKE NOTICE that Corinne E. Atton hereby withdraws as counsel for Defendants in this action. Ms. Atton will no longer be associated with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP as of February 17, 2015. Defendants continue to be represented by other counsel from Wilmer Cutler Pickering Hale and Dorr LLP.

Ms. Atton is not asserting a retaining or charging lien.

Dated: February 2, 2015

Respectfully submitted,

/s/ Corinne E. Atton
Corinne E. Atton
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Phone: (212) 295-6368
Fax: (212) 230-8888
Corinne.Atton@wilmerhale.com

*Attorneys for Defendants*

SO ORDERED

/s/ Laura T. Swain
Hon. Laura T. Swain

Dated: February 4, 2015