UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-26-2015
```

HARVEY H. JAY, M.D.,
        Plaintiff/Counterclaim Defendant,

v.

SPECTRUM BRANDS HOLDINGS, INC.,
SPECTRUM BRANDS, INC., and
SHASER, INC.,
        Defendants/Counterclaimant

No.: 1:13-cv-8137-LTS-DCF

ORDER FOR ADMISSION
PRO HAC VICE

The motion of Mark W. Halderman, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars(s) of the states(s) of Pennsylvania and Texas; and that his contact information is as follows:

    Applicant's Name:    Mark W. Halderman
    Firm Name:    Dilworth Paxson LLP
    Address:    1500 Market Street, Suite 3500(E)
        Philadelphia, Pa 19106
    Telephone/Fax:    215-575-7186/215-575-7200

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for plaintiff Harvey H. Jay, M.D. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. DE #80 resolved.

Dated: 2/26/15

_____
UNITED STATES DISTRICT JUDGE