UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-16-2015

HARVEY H. JAY,

                Plaintiff,

v.

SPECTRUM BRANDS HOLDINGS, INC.,
SPECTRUM BRANDS, INC., and
SHASER, INC.,

                Defendants.

No. 1:13-cv-8137-LTS-DCF

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Shira C. Hoffman for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she/he is a member in good standing of the bars of Massachusetts and New York and that her contact information is as follows:

    Shira C. Hoffman
    Wilmer Cutler Pickering Hale and Dorr LLP
    60 State Street
    Boston, MA 02109
    Tel: (617) 526-6000
    Fax: (617) 526-5000
    Email: shira.hoffman@wilmerhale.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants in the above-entitled action,

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 4/16/15

United States District Judge