

Dilworth
Paxson

DIRECT DIAL NUMBER:
(917) 675-4260

John C. Kessler
jckessler@dilworthlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/15

June 8, 2015

**SO ORDERED:   DATE:** 6/9/15

*/s/ Debra Freeman*

**DEBRA FREEMAN**
**UNITED STATES MAGISTRATE JUDGE**

VIA ECF

Hon. Debra Freeman
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

RE: *Harvey H. Jay, M.D., v. Spectrum Brands Holdings, Inc., et al.*
13-cv-8137 (LTS) (DCF)

**MEMO ENDORSED**

Dear Judge Freeman:

In accordance with Your Honor's Order, dated June 2, 2015 [Dkt. No. 92], Your Honor's Individual Rules of Practice, and Local Rule 7.1(d), the parties hereby jointly and respectfully request that the deadlines set forth in Judge Swain's Pre-Trial Scheduling Order No. 1 [Dkt. No. 23], be modified as follows:

| | | |
|---|---|---|
| Deadline for All Non-Expert Discovery | June 11, 2015 | August 10, 2015 |
| Deadline for Expert Witness Disclosures described in Rule 26(a)(2) of the FRCP | July 11, 2015 | September 9, 2015 |
| Deadline for Rebuttal Expert Disclosures | August 10, 2015 | October 9, 2015 |
| Deadline for All Expert Witness Discovery | September 9, 2015 | November 9, 2015 |
| Deadline for filing Joint Preliminary Trial Report | June 25, 2015 | August 24, 2015 |

99 Park Avenue • Suite 320 • New York, NY 10016 • 917-675-4250 • Fax: 212-208-6874
www.dilworthlaw.com • Philadelphia, PA • Cherry Hill, NJ • Harrisburg, PA • Washington, DC • Red Bank, NJ • Wilmington, DE

Case 1:13-cv-08137-LTS-DCF   Document 94   Filed 06/08/15   Page 2 of 2
Case 1:13-cv-08137-LTS-DCF   Document 95   Filed 06/09/15   Page 2 of 2

Hon. Debra Freeman
June 8, 2015
Page 2

| Deadline for filing Dispositive Pre Trial Motions | October 9, 2015 | December 8, 2015 |
|---|---|---|
| Deadline for commencing any Daubert motion practice | October 19, 2015 [Dkt. No. 87] | December 21, 2015 |
| Deadline for commencing other motions, including but not limited to non-Daubert motions in limine relating to evidentiary issues | November 18, 2015 [Dkt. No. 87] | January 20, 2016 |
| Deadline for filing Joint Final Trial Report | November 20, 2015 [Dkt. No. 87] | January 22, 2016 |
| Final Pre-Trial Conference | December 18, 2015 [Dkt. No. 87] | February 19, 2016, at 10:00 a.m. |

Respectfully submitted,

DILWORTH PAXSON LLP

By: /s/ *John C. Kessler*

John C. Kessler
99 Park Avenue, Suite 320
New York, NY 10016
(917) 675-4260 (telephone)
(212) 208-6874 (facsimile)
jckessler@dilworthlaw.com

*Attorneys for Plaintiff*

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ *Martin E. Gilmore*

Martin E. Gilmore
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 295-6380 (telephone)
(212) 230-8888 (facsimile)
martin.gilmore@wilmerhale.com

*Attorneys for Defendants*

cc:   All counsel (via ECF)