IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARVEY H. JAY,<br><br>                Plaintiff,<br><br>                v.<br><br>SPECTRUM BRANDS HOLDINGS, INC.,<br>SPECTRUM BRANDS, INC., and SHASER,<br>INC.,<br><br>                Defendants. | C.A. No. 1:13-cv-8137-LTS-DCF<br><br>**NOTICE OF MOTION** |

      PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Defendants Spectrum Brands Holdings, Inc., Spectrum Brands, Inc., and Shaser, Inc.'s (collectively, "Spectrum's") Motion for Leave to Amend Answer and Counterclaims, Dated July 22, 2015, the accompanying Declaration of Martin E. Gilmore, and upon all the papers and pleadings filed in these actions, Spectrum by the undersigned attorneys will move this Court before Honorable Laura Taylor Swain, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, on a date to be determined, for an Order granting Spectrum leave to amend their answer and counterclaims to include a defense and counterclaim of inequitable conduct in the prosecution of the patents-in-suit.

      Spectrum used its best efforts to resolve informally the matters raised in its motion, but was ultimately unsuccessful.

Dated: July 22, 2015

                                                                              Respectfully submitted

WILMER CUTLER PICKERING
HALE AND DORR LLP

*/s/ Shira Hoffman*

Wayne L. Stoner
Shira C. Hoffman
60 State Street
Boston, MA 02109
(617) 526-6000 (t)
(617) 526-5000 (f)
wayne.stoner@wilmerhale.com
shira.hoffman@wilmerhale.com

Martin E. Gilmore
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 295-6380 (t)
(212) 230-8888 (f)
martin.gilmore@wilmerhale.com

*Attorneys for Defendants and
Counterclaim-Plaintiffs*