**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HARVEY H. JAY,                Plaintiff, <br><br> v. <br><br> SPECTRUM BRANDS HOLDINGS, INC., SPECTRUM BRANDS, INC., and SHASER, INC., <br><br>                Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    C.A. No. 1:13-cv-8137-LTS-DCF <br><br> **NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Defendants Spectrum Brands Holdings, Inc., Spectrum Brands, Inc., and Shaser, Inc.'s (collectively, "Spectrum's") Motion for Sanctions for Breach of the Protective Order, Dated July 24, 2015, the accompanying Declaration of Wayne L. Stoner, and upon all the papers and pleadings filed in these actions, Spectrum by the undersigned attorneys will move this Court before Honorable Laura Taylor Swain, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, on a date to be determined, for an Order issuing sanctions for the improper sharing of information designated "Highly Confidential – Attorney's Eyes Only" with Plaintiff Harvey H. Jay.

Spectrum used its best efforts to resolve informally the matters raised in its motion, but was ultimately unsuccessful.

Dated: July 24, 2015

Respectfully submitted,

WILMER CUTLER PICKERING
HALE AND DORR LLP

1

/s/ Shira C. Hoffman

Wayne L. Stoner
Shira C. Hoffman
60 State Street
Boston, MA 02109
(617) 526-6000 (t)
(617) 526-5000 (f)
wayne.stoner@wilmerhale.com
shira.hoffman@wilmerhale.com

Martin E. Gilmore
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 295-6380 (t)
(212) 230-8888 (f)
martin.gilmore@wilmerhale.com

*Attorneys for Defendants and
Counterclaim-Plaintiffs*