UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARVEY H. JAY, M.D.,<br><br>    Plaintiff,<br>v.<br><br>SPECTRUM BRANDS HOLDINGS, INC.,<br>SPECTRUM BRANDS, INC., and<br>SHASER, INC.,<br><br>    Defendants | No.: 1:13-cv-8137-LTS-DCF |

## **WITHDRAW OF APPEARANCE**

  Kindly withdraw the appearance of Thomas S. Biemer, Esquire on behalf of Plaintiff, Harvey H. Jay, MD, in the above-captioned matter.

                  /s/ Thomas S. Biemer
                  Thomas S. Biemer, Esquire
                  **DILWORTH PAXSON LLP**
                  1500 Market St. 3500E
                  Philadelphia, PA 19102
                  (215) 575-7000 (telephone)
                  (215) 557-7200 (facsimile)
                  Tbiemer@dilworthlaw.com

Dated:  August 7, 2015

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARVEY H. JAY, M.D.,<br><br>    Plaintiff,<br>v.<br><br>SPECTRUM BRANDS HOLDINGS, INC.,<br>SPECTRUM BRANDS, INC., and<br>SHASER, INC.,<br><br>    Defendants | No.: 1:13-cv-8137-LTS-DCF |

## CERTIFICATE OF SERVICE

I, Thomas S. Biemer, Esquire, do hereby certify that the foregoing Withdraw of Appearance was filed electronically via the ECF system on the date set forth below and, therefore, made available to all counsel for record. [See attached Attorney List.]

                /s/ Thomas S. Biemer
                Thomas S. Biemer, Esquire
                **DILWORTH PAXSON LLP**
                1500 Market St. 3500E
                Philadelphia, PA 19102
                (215) 575-7000 (telephone)
                (215) 557-7200 (facsimile)
                Tbiemer@dilworthlaw.com

Dated: August 7, 2015

118417351_1

# Attorneys

| | | |
|---|---|---|
| **Corinne Elisabeth Atton**<br>Wilmer Cutler Pickering Hale & Dorr LLP (NYC)<br>7 World Trade Center<br>New York, NY 10007<br>(212)-230-8800<br>(212)-230-8888 (fax)<br>corinne.atton@wilmerhale.com<br>  *Assigned: 03/24/2014*<br>  *TERMINATED: 02/04/2015* | representing | **Shaser, Inc.**<br>*(Defendant)* |
| | | **Spectrum Brands Holdings, Inc.**<br>*(Defendant)* |
| | | **Spectrum Brands, Inc.**<br>*(Defendant)* |
| **Thomas Steven Biemer**<br>Dilworth Paxson LLP (PA)<br>1500 Market Street<br>Suite 3500E<br>Philadelphia, PA 19102-2101<br>(215)-575-7025<br>(215)-575-7200 (fax)<br>tbiemer@dilworthlaw.com<br>  *Assigned: 11/14/2013*<br>  *ATTORNEY TO BE NOTICED* | representing | **Harvey H. Jay, M.D.**<br>*(Counter Defendant)* |
| | | **Harvey H. Jay, M.D.**<br>*(Plaintiff)* |
| **Gregory A. Blue**<br>Dilworth Paxson LLP (NY)<br>99 Park Avenue Suite 320<br>New York, NY 10016<br>(917)-675-4252 | representing | **Harvey H. Jay, M.D.**<br>*(Counter Defendant)* |

118417351_1

| | | |
|---|---|---|
| (212) 208-6874 (fax)<br>gblue@dilworthlaw.com<br>  *Assigned: 11/14/2013*<br>  *ATTORNEY TO BE NOTICED* | | **Harvey H. Jay, M.D.**<br>*(Plaintiff)* |
| **Martin Edward Gilmore, III**<br>Wilmer Cutler Pickering Hale and Dorr LLP (NYC)<br>7 World Trade Center<br>250 Greenwich St.<br>New York, NY 10007<br>(212) 230-8800<br>(212) 230-8888 (fax)<br>Martin.Gilmore@wilmerhale.com<br>  *Assigned: 01/26/2015*<br>  *ATTORNEY TO BE NOTICED* | representing | **Shaser, Inc.**<br>*(Defendant)* |
| | | **Spectrum Brands Holdings, Inc.**<br>*(Defendant)* |
| | | **Spectrum Brands, Inc.**<br>*(Defendant)* |
| **Mark William Halderman**<br>Dilworth Paxson LLP<br>1500 Market Street, Suite 3500(E)<br>Philadelphia, PA 19102<br>(215)-575-7000<br>(215)-575-7200 (fax)<br>mwhalderman@dilworthlaw.com<br>  *Assigned: 02/25/2015*<br>  *LEAD ATTORNEY*<br>  *PRO HAC VICE*<br>  *ATTORNEY TO BE NOTICED* | representing | **Harvey H. Jay, M.D.**<br>*(Plaintiff)* |
| **Shira Hoffman** | representing | **Shaser, Inc.** |

| | | |
|---|---|---|
| Wilmer Cutler Pickering Hale and Dorr LLP (Bos)<br>60 State Street<br>Boston, MA 02109<br>(617)-526-6000<br>(617)-526-5000 (fax)<br>shira.hoffman@wilmerhale.com<br>  *Assigned: 04/15/2015*<br>  *PRO HAC VICE*<br>  *ATTORNEY TO BE NOTICED* | | **(Defendant)**<br><br>**Spectrum Brands Holdings, Inc.**<br>*(Defendant)*<br><br>**Spectrum Brands, Inc.**<br>*(Defendant)* |
| **John Conners Kessler**<br>Dilworth Paxson LLP (NY)<br>99 Park Avenue Suite 320<br>New York, NY 10016<br>917 675 4260<br>212 208 6874 (fax)<br>jckessler@dilworthlaw.com<br>  *Assigned: 04/28/2014*<br>  *ATTORNEY TO BE NOTICED* | representing | **Harvey H. Jay, M.D.**<br>*(Plaintiff)* |
| **James J. Rodgers**<br>Dilworth Paxson LLP (PA)<br>1500 Market Street<br>Suite 3500E<br>Philadelphia, PA 19102-2101<br>(215)-575-7143<br>(215)-575-7200 (fax)<br>jrodgers@dilworthlaw.com<br>  *Assigned: 11/14/2013*<br>  *ATTORNEY TO BE NOTICED* | representing | **Harvey H. Jay, M.D.**<br>*(Counter Defendant)*<br><br>**Harvey H. Jay, M.D.**<br>*(Plaintiff)* |

118417351_1

| | | |
|---|---|---|
| **Adam Phillip Romero**<br>Wilmer Cutler Pickering Hale and Dorr LLP (NYC)<br>7 World Trade Center<br>250 Greenwich St.<br>New York, NY 10007<br>(212)-295-6422<br>(212)-230-8888 (fax)<br>adam.romero@wilmerhale.com<br>*Assigned: 01/08/2014*<br>*TERMINATED: 04/02/2014* | representing | **Shaser, Inc.**<br>*(Counter Claimant)*<br><br>**Shaser, Inc.**<br>*(Defendant)*<br><br>**Spectrum Brands Holdings, Inc.**<br>*(Counter Claimant)*<br><br>**Spectrum Brands Holdings, Inc.**<br>*(Defendant)*<br><br>**Spectrum Brands, Inc.**<br>*(Counter Claimant)*<br><br>**Spectrum Brands, Inc.**<br>*(Defendant)* |
| **Wayne L. Stoner**<br>Wilmer Cutler Pickering Hale and Dorr LLP (Bos)<br>60 State Street<br>Boston, MA 02109<br>(617)-526-6863<br>(617)-526-5000 (fax)<br>wayne.stoner@wilmerhale.com<br>*Assigned: 01/14/2014*<br>*ATTORNEY TO BE NOTICED* | representing | **Shaser, Inc.**<br>*(Counter Claimant)* |

118417351_1

        **Spectrum Brands Holdings, Inc.**
*(Counter Claimant)*

        **Spectrum Brands, Inc.**
*(Counter Claimant)*

        **Shaser, Inc.**
*(Defendant)*

        **Spectrum Brands Holdings, Inc.**
*(Defendant)*

        **Spectrum Brands, Inc.**
*(Defendant)*

**This document has been electronically filed and is available for viewing and downloading from the ECF system.**

118417351_1