UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/15
```

HARVEY H. JAY, M.D.,

        Plaintiff,

v.

SPECTRUM BRANDS HOLDINGS, INC.,
SPECTRUM BRANDS, INC., and
SHASER, INC.,

        Defendants

No.: 1:13-cv-8137-LTS-DCF

### WITHDRAW OF APPEARANCE

Kindly withdraw the appearance of Thomas S. Biemer, Esquire on behalf of Plaintiff, Harvey H. Jay, MD, in the above-captioned matter.

/s/ Thomas S. Biemer
Thomas S. Biemer, Esquire
**DILWORTH PAXSON LLP**
1500 Market St. 3500E
Philadelphia, PA 19102
(215) 575-7000 (telephone)
(215) 557-7200 (facsimile)
Tbiemer@dilworthlaw.com

Dated: August 7, 2015

**SO ORDERED:**   **DATE:** 8/10/15

_____
DEBRA FREEMAN
**UNITED STATES MAGISTRATE JUDGE**

118417351_1