

DIRECT DIAL NUMBER:  
(215) 575-7143

James J. Rodgers  
jrodgers@dilworthlaw.com

August 17, 2015

**VIA ECF**

Hon. Debra C. Freeman  
United States Magistrate Judge  
Southern District of New York  
500 Pearl St.  
New York, NY 10007

 *Harvey H. Jay v. Spectrum Brands Holdings, Inc., et al*. No. 1:13-cv-8137(LTS)(DCF)

Dear Judge Freeman:

 In accordance with Your Honor's direction during the Case Management Conference held via telephone on August 6, 2015, the parties hereby jointly and respectfully submit this letter summarizing Your Honor's directions regarding outstanding discovery matters in this proceeding.

 First, the parties will meet and confer to address Plaintiff's concerns that Defendants' 30(b)(6) witnesses were not prepared to testify as to certain topics during their depositions. The parties will work together to reach an agreement resolving this issue. However, if no agreement is reached, the parties will separately write to Your Honor to explain the parties' respective positions, and will attach copies of the relevant deposition transcripts for Your Honor's reference.

 Second, Defendants may proceed with depositions of Plaintiff's patent counsel.

 Third, any additional discovery sought by Plaintiff from witnesses in possession of information that Defendants have designated under the Protective Order, must wait until the Court rules on Defendants' Motion for Sanctions.

 Fourth, the current deadlines for fact discovery, expert reports and discovery, and the filing of the Joint Preliminary trial report are postponed pending rescheduling after the Court's decision on Defendants' Motion for Sanctions.


Hon. Debra Freeman
August 17, 2015
Page 2


                                            Respectfully submitted,

Dated:  August 17, 2015                  DILWORTH PAXSON LLP

                                          By: /s/ *James J. Rodgers*
                                                James J. Rodgers

                                          1500 Market Street, Suite 3500E
                                          Philadelphia, PA 19102
                                          (215) 575-7143 (telephone)
                                          (215) 575-7200 (facsimile)
                                          jrodgers@dilworthlaw.com

                                          *Attorneys for Plaintiff*

                                          WILMER CUTLER PICKERING HALE AND DORR LLP

                                          By: /s/ *Martin E. Gilmore*
                                                Martin E. Gilmore

                                          7 World Trade Center
                                          250 Greenwich Street
                                          (212) 295 6380 (telephone)
                                          (212) 230-8888 (facsimile)
                                          martin.gilmore@wilmerhale.com

                                          *Attorneys for Defendants*