UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARVEY H. JAY, M.D.,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>SPECTRUM BRANDS HOLDINGS, INC.,<br>SPECTRUM BRANDS, INC., and<br>SHASER, INC.,<br><br>　　　　　　Defendants | No.: 1:13-cv-8137-LTS-DCF |

## WITHDRAWAL OF APPEARANCE

　　　　PLEASE TAKE NOTICE that Gregory A. Blue hereby withdraws as counsel for Plaintiff in this action.  Mr. Blue will no longer be affiliated with the law firm of Dilworth Paxson LLP after August 31, 2015.  Plaintiff continues to be represented by other counsel from Dilworth Paxson LLP.

Dated: New York, New York
　　　　August 27, 2015

　　　　　　　　　　　　　　　　　　　　　　**DILWORTH PAXSON LLP**

　　　　　　　　　　　　　　　　　　　　　　By:  /s/ Gregory A. Blue
　　　　　　　　　　　　　　　　　　　　　　　　　Gregory A. Blue
　　　　　　　　　　　　　　　　　　　　　　99 Park Avenue, Suite 320
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　　　　　　　　　　　(917) 675-4250
　　　　　　　　　　　　　　　　　　　　　　gblue@dilworthlaw.com

TO:　All counsel of record
　　　(via ECF)

118446615_1