UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

HARVEY H. JAY, M.D.,

        Plaintiff,

  v.

SPECTRUM BRANDS HOLDINGS, INC.,
SPECTRUM BRANDS, INC., and
SHASER, INC.,

        Defendants

No.: 1:13-cv-8137-LTS-DCF

## WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that JOHN C. KESSLER hereby withdraws as counsel for Plaintiff in this action. Mr. Kessler will no longer be affiliated with the law firm of Dilworth Paxson LLP after September 11, 2015. Plaintiff continues to be represented by other counsel from Dilworth Paxson LLP.

Dated: September 9, 2015
       New York, NY

DILWORTH PAXSON LLP

By: /s/ *John C. Kessler*

John C. Kessler
99 Park Avenue, Suite 320
New York, NY 10016
(917) 675-4260 (telephone)
(212) 208-6874 (facsimile)
jckessler@dilworthlaw.com

TO:   All counsel of record
       (via ECF)