IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARVEY H. JAY, M.D., <br><br> Plaintiff, <br><br> v. <br><br> SPECTRUM BRANDS HOLDINGS, INC., SPECTRUM BRANDS, INC., and SHASER, INC., <br><br> Defendants. | No. 1:13-cv-8137-LTS-DCF |

## CERTIFICATE OF SERVICE

I, James J. Rodgers, Esquire, hereby certify that, on September 14, 2015, the foregoing Plaintiff's Notice of Motion to Strike Defendants' Confidentiality Designations and to Enforce Protective Order, Plaintiff's Memorandum of Law in Support of Plaintiff's Motion to Strike Defendants' Confidentiality Designations and to Enforce Protective Order and Declaration in Support of the Motion to Strike, with Supporting Exhibits were filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

**Martin Edward Gilmore , III, Esquire**
Wilmer Cutler Pickering Hale and Dorr LLP (NYC)
7 World Trade Center
250 Greenwich St.
New York, NY 10007
(212) 230-8800
Fax: (212) 230-8888
Email: Martin.Gilmore@wilmerhale.com

118461159_1

**Wayne L. Stoner, Esquire**
**Shira Hoffman, Esquire**
Wilmer Cutler Pickering Hale and Dorr LLP (Bos)
60 State Street
Boston, MA 02109
(617)-526-6863
Fax: (617)-526-5000
Email: wayne.stoner@wilmerhale.com
shira.hoffman@wilmerhale.com

/s/ *James J. Rodgers*

James J. Rodgers
1500 Market St. 3500E
Philadelphia, PA 19102
(215) 575-7000 (telephone)
(215) 557-7200 (facsimile)
mwhalderman@dilworthlaw.com

*Attorneys for Harvey H. Jay, M.D.*