IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARVEY H. JAY, M.D., | : |
| Plaintiff, | : |
| v. | : |
| SPECTRUM BRANDS HOLDINGS, INC., SPECTRUM BRANDS, INC., and SHASER, INC., | : No. 1:13-cv-8137-LTS-DCF |
| Defendants. | : |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Gaetano P. Piccirilli, Esquire of Dilworth Paxson LLP, with offices located at 99 Park Avenue, Suite 320, New York, NY 10016, hereby appears on behalf of Plaintiff Harvey H. Jay, M.D.  I hereby certify that I am duly admitted to practice in this District and am a member in good standing of this court.

Dated:  September 16, 2015           Respectfully Submitted,

/s/ Gaetano P. Piccirilli
GAETANO P. PICCIRILLI, ESQUIRE
DILWORTH PAXSON LLP
99 Park Avenue, Suite 320
New York, NY 10016
(917) 675-4260 (telephone)
(212) 208-6874 (facsimile)

AND

1500 Market St. 3500E
Philadelphia, PA 19102
(215) 575-7000 (telephone)
(215) 557-7200 (facsimile)

*Attorneys for Harvey H. Jay, M.D.*

118473253_1