UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/15
```

HARVEY H. JAY, M.D.,

        Plaintiff,

v.

SPECTRUM BRANDS HOLDINGS, INC.,
SPECTRUM BRANDS, INC., and
SHASER, INC.,

        Defendants

No.: 1:13-cv-8137-LTS-DCF

## WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Gregory A. Blue hereby withdraws as counsel for Plaintiff in this action. Mr. Blue will no longer be affiliated with the law firm of Dilworth Paxson LLP after August 31, 2015. Plaintiff continues to be represented by other counsel from Dilworth Paxson LLP.

Dated: New York, New York
       August 27, 2015

                          **DILWORTH PAXSON LLP**

                          By: /s/ Gregory A. Blue
                              Gregory A. Blue
                            99 Park Avenue, Suite 320
                            New York, New York 10016
                            (917) 675-4250
                            gblue@dilworthlaw.com

TO:    All counsel of record
         (via ECF)

**SO ORDERED:**    **DATE:** 10/14/15

_/s/ Debra Freeman_

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

118446615_1