IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARVEY H. JAY,<br><br>        Plaintiff,<br><br>    v.<br><br>SPECTRUM BRANDS HOLDINGS, INC.,<br>SPECTRUM BRANDS, INC., and<br>SHASER, INC.,<br><br>        Defendants. | No. 1:13-cv-8137-LTS-DCF |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Erin Greenfield Mehta of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 7 World Trade Center, 250 Greenwich Street, New York, NY 10007 and 350 S. Grand Avenue, Suite 2100, Los Angeles, CA 90071, hereby appears on behalf of Defendants Spectrum Brands Holdings, Inc., Spectrum Brands, Inc., and Shaser, Inc.  I hereby certify that I am admitted to practice in this District and am a member in good standing of this court.

Dated: December 9, 2015                                Respectfully Submitted,

                                                                       /s/ Erin Greenfield Mehta

                                                                       Erin Greenfield Mehta, #4491072
                                                                       Wilmer Cutler Pickering Hale and Dorr LLP
                                                                       7 World Trade Center
                                                                       New York, NY 10007
                                                                       (212) 230-8800 (t)
                                                                       (212) 230-8888 (f)
                                                                       350 S. Grand Ave., Suite 2100
                                                                       Los Angeles, CA 90071

                (213) 443-5300 (t)
                (213) 443-5400 (f)
                erin.mehta@wilmerhale.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this December 9, 2015, I caused to be served a true and correct copy of the foregoing Notice of Appearance via the Court's ECF system upon all counsel of record.

Shira C. Hoffman