IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARVEY H. JAY, M.D., <br><br> *Plaintiff*, <br> v. <br><br> SPECTRUM BRANDS HOLDINGS, INC., SPECTRUM BRANDS, INC., and SHASER, INC., <br><br> *Defendants* | C.A. No. 1:13-cv-8137-LTS-DCF |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Jennifer Platzkere Snyder of Dilworth Paxson LLP, hereby appears on behalf of Plaintiff Harvey H. Jay, M.D.  I hereby certify that I am duly admitted to practice in this District and am a member in good standing of this court.

Dated: December 23, 2015

Respectfully submitted,

DILWORTH PAXSON LLP

 /s/ *Jennifer Platzkere Snyder*
Jennifer Platzkere Snyder
1500 Market Street, Suite 3500E
Philadelphia, PA 19102

*Attorneys for Harvey H. Jay, M.D.*

118537046_1

## **CERTIFICATE OF SERVICE**

I, Mark W. Halderman, Esq., hereby certify that, on December 23, 2015, the foregoing Notice of Appearance was served upon all parties of record via the Court's ECF system

/s/ *Mark W. Halderman*
Mark W. Halderman

118537046_1