# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-8-2016

| | |
|---|---|
| HARVEY H. JAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 1:13-cv-8137-LTS-DCF |
| v. | ) |
| | ) **NOTICE OF WITHDRAWAL OF** |
| SPECTRUM BRANDS HOLDINGS, INC., | ) **MARTIN E. GILMORE AS COUNSEL** |
| SPECTRUM BRANDS, INC., and SHASER, | ) **FOR DEFENDANTS AND [PROPOSED]** |
| INC., | ) **ORDER** |
| | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE that attorney Martin E. Gilmore, formerly of the law firm Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), is hereby withdrawn as counsel for Defendants in this action. Mr. Gilmore is no longer associated with WilmerHale. Defendants continue to be represented by other counsel of record from WilmerHale.

Mr. Gilmore did not assert a retaining or charging lien.

Dated: January 6, 2016

Respectfully submitted,

/s/ Shira C. Hoffman

Shira C. Hoffman
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Fax: (617) 526-5000
shira.hoffman@wilmerhale.com

*Attorney for Defendants*

The Clerk of Court is requested to update the docket accordingly.

**SO ORDERED**

_[signature]_
Hon. Laura T. Swain

Dated: January 8, 2016

The Clerk of Court is requested to update the docket accordingly.

**SO ORDERED**

_/s/ Laura T. Swain_
Hon. Laura T. Swain

Dated: January 8, 2016